# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BOZEMAN MULTI-LEVEL SHOPPING COMPLEX a/k/a BOZEMAN HOTEL OWNERS' ASSOCIATION, on its behalf and on the behalf of individual owners<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BOZEMAN, a municipal corporation,<br><br>Defendant. | CV 25-98-BU-WWM<br><br>ORDER |

Plaintiff's Amended Complaint (Doc. 15) removes all federal law claims. The United States Supreme Court recently clarified that, under these circumstances, remand is required. *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 39, 145 S. Ct. 41, 54-55 (2025) ("When a plaintiff, after removal, cuts out all her federal-law claims, federal-question jurisdiction dissolves. And with any federal anchor gone, supplemental jurisdiction over the residual state claims disappears as well. The operative pleading no longer supports federal jurisdiction, and the federal court must remand the case to state court where it started."). The

1

parties stipulate and move the Court to remand this case to state court consistent with the Supreme Court's holding in *Royal Canin*. Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion to remand (Doc. 16) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a certified copy of this Order to the Clerk of Court for Montana's Eighteenth Judicial District Court, Gallatin County. The state court may thereupon proceed with the case.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE